IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> RODRICK D. PRIM, ) <br> ) <br> Defendant. ) | No.   M-20-21-STE <br><br> Violations: 18 U.S.C. § 1152 <br> 18 U.S.C. § 661 |

INFORMATION

The United States Attorney charges:

On or about October 28, 2019, in McClain County, within Indian Country, in the Western District of Oklahoma,

---------------------------------------- RODRICK D. PRIM, ----------------------------------------

the defendant herein, a non-Indian, did knowingly take and carry away, with intent to steal or purloin, personal property valued at less than $1000.00 of P.W., an Indian.

All in violation of Title 18, United States Code, Sections 1152 and 661.

TIMOTHY J. DOWNING
United States Attorney

*Jessica L. Cárdenas* (signature)

JESSICA L. CÁRDENAS
Assistant U.S. Attorney